# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARTHA A. MAES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIV-05-156-R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Findings & Recommendation of United States Magistrate Judge Shon T. Ewrin entered November 16, 2008. Doc. No. 46. No objection to the Findings & Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Findings & Recommendations of the Magistrate Judge [Doc. No. 46] is ADOPTED and Plaintiff's motion for attorney's fees and supplement thereto [Doc. Nos. 38 and 44] under the EAJA are DENIED.

IT IS SO ORDERED this 10th day of December, 2008

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE